ACCEPTED
12-14-00294-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/8/2015 2:26:13 PM
CATHY LUSK
CLERK

## No. 12-14-0294-CR

| | | |
|---|---|---|
| **JACKIE MAE CORNWELL,** | § | **IN THE TWELFTH DISTRICT** |
| *Appellant* | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| *Appellee* | § | **OF THE STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2015 2:26:13 PM
CATHY S. LUSK
Clerk

### COUNSEL'S CERTIFICATION OF NOTIFICATIONS TO APPELLANT

Appellant's appellate counsel files this certification of actions taken in this appeal pursuant to Texas Rule of Appellate Procedure 48.4.

### A. Introduction

1. Jackie Mae Cornwell is the Appellant. The State of Texas is the Appellee.

2. Troy Hornsby ("counsel") was appointed to represent Appellant on Appellant's first level appeal. Counsel was not appointed to present a petition for discretionary review on behalf of Appellant and no such right currently exists under Texas law.

3. The Twelfth District Court of Appeals for the State of Texas, Tyler, issued its opinion in this case on July 1, 2015; judgment was issued on the same day. Thus, this Court has finally resolved this appeal by issuing its opinion.

4. Appellate counsel has fully carried out his duties in pursing a first level appeal as appointed by the trial court.

5. Appellate counsel has found no reasonable basis for a motion for rehearing.

6. Therefore, appellate counsel's representation of Appellant is

complete.

## B. Counsel's Action

7. The same day that counsel received this court's opinion and judgment in this case, counsel directed correspondence to the Appellant by both U.S. Postal Service first class mail and by U.S. Postal Service certified mail, return receipt requested, at Appellant's last known address. The U.S. Postal Service first class mail letter was not returned and presumed received. Additionally, counsel received the executed return receipt, a copy of which is attached hereto.

8. In that correspondence, Appellant's appellate counsel informed the appellant of Appellant's available option for filing motion for rehearing with the Court of Appeals. Counsel explained the procedure for filing such a motion for rehearing including the deadlines therefor and referred Appellant to the applicable rule of appellate procedure. However, counsel informed appellant that counsel was unable to locate any arguable grounds for such motion and, therefore, counsel would not file such motion on Appellant's behalf because it would be frivolous.

9. Additionally, in that correspondence, Appellant's appellate counsel informed the Appellant of Appellant's available option for filing petition for discretionary review with the Texas Court of Criminal Appeals. Counsel explained the procedure including the deadline therefor and referred Appellant to the applicable rule of appellate procedure. However, counsel informed Appellant that Pursuant to Texas Code of Criminal Procedure Article 1.051(d)(1), the Texas Constitution and the United States Constitution Appellant is entitled to a state-appointed attorney only through an appeal of the first level and referenced

applicable case law. Therefore, counsel explained that he would not be filing a petition for discretionary review with the Texas Court of Criminal Appeals. However, counsel informed Appellant of the applicable deadlines for filing such. Finally, counsel explained to Appellant that should the Court of Criminal Appeals grant discretionary review Appellant would then be entitled to appointed counsel and referenced applicable law.

10.     Finally, Appellant's appellate counsel informed Appellant that counsel would continue to represent Appellant until such time as this court issued its mandate, at which time counsel's representation of Appellant would end. However, counsel informed Appellant that counsel was still available to answer any questions Appellant had.

Respectfully submitted,

***Miller, James, Miller & Hornsby*, L.L.P.**

By: _____
       Troy Hornsby
       Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711; f. 903.792.1276

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2015, a true and correct copy of the above and foregoing *Counsel's Certification of Notifications to Appellant* has been forwarded by U.S. mail on all counsel of record listed below.

**Trial Court Judge**
Honorable Bryan Jeanes
Wood County Court
P. O. Box 1707
Quitman, Texas  75783-1707

**Appellant**
Jackie Mae Cornwell
1241 Fuller Drive
Dallas, Texas 75218

**State's Attorney**
Angela L. Hammonds
Wood County District Attorney's Office
P. O. Box 689
Quitman, Texas 75783-0689

_____
Troy Hornsby

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie Mae Cornwell
1241 Fuller Dr.
Dallas, TX 75218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackie Cornwell_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7014 1200 0000 3575 6016

PS Form 3811, July 2013          Domestic Return Receipt